# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 20-55880

**Case Name:** Stephanie Clifford v. Donald Trump

**Counsel submitting this form:** Clark O. Brewster & Mbilike M. Mwafulirwa

**Represented party/parties:** Appellant/Plaintiff

*Briefly describe the dispute that gave rise to this lawsuit.*

After Plaintiff Stephanie Clifford's interview with In Touch Magazine about her affair with Mr. Trump, a stranger threatened her and her child in 2011. Ms. Clifford released publicly a sketch of the man who threatened her. But the very next day, Mr. Trump accused Ms. Clifford of making up the whole thing. Tweeting to millions of his followers world wide, Mr. Trump claimed: "A sketch years later about a nonexistent man. A total con job, playing the Fake News Media for Fools (but they know it)!" She sued him for defamation.

Following that litigation, the district court dismissed Ms. Clifford's Complaint, relying on the Texas Citizens Participation Act (TCPA), an anti-slapp statute. That Court then awarded Mr. Trump attorney fees, costs, and sanctions against Ms. Clifford based on the TCPA. The district court issued a minute order on December 11, 2018, awarding Mr. Trump $293,052.33 in attorney fees, costs, and sanctions. But the district court has never entered a final money judgment. Meanwhile, Mr. Trump expressly requested that the district court enter a final money judgment.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        *1*        Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

As noted, the trial court awarded nearly $300,000 in attorney's fees and costs. Mr. Trump has asked for the trial court to certify the award for execution and registration in other federal districts. Appellant contends, among other things, that the fee award is not a money judgment and she wishes to challenge the propriety of the award. Thus, among the issues on appeal are:
1. Whether the attorney fee award at issue is a final money judgment; and
2. Assuming it is, whether the award is reasonable.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Appellant has filed a Petition for Rehearing En Banc with the 9th Circuit on 8/14/2020 on the merits in the appeal of the attorney fee award in Clifford v. Trump, No. 18-56351.

**Signature** /s/ Mbilike M. Mwafulirwa  **Date** Sep 2, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  2  Rev. 12/01/2018