# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form09instructions.pdf

**9th Cir. Case Number(s):** No. 20-55880

**Case Name:** Donald J. Trump v. Stephanie Clifford

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate.

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | 8.5 | $ 11,050 |
| Obtaining and Reviewing Records | 10.45 | $ 6,683.75 |
| Legal Research | 22.2 | $ 15,090.5 |
| Preparing Briefs | 95 | $ 60,088.31 |
| Preparing for and Attending Oral Argument | | $ |
| Other (*specify below*) <br> Preparing Fee Application (50.2 hours incurred, 10 more hours anticipated for reply brief) | 60.2 | $ 36,010 |
| ***Total Hours/Compensation Requested:*** | 196.35 | $ 128,922.56 |

**Signature** /s/ Harmeet K. Dhillon     **Date** 04/14/2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 9**                                                                 Rev. 01/24/2019